■ ABR-AMTLICHES BAYERISCHES REISEBUERO GmbH, Respondent, v BLUE BIRD COACH LINES, INC., et al., Appellants. [671 NYS2d 383] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in grant-

ing a conditional order of protection (*see, Nama Air Cargo Co. v Unitrans Consol.,* 208 AD2d 604, 605; *see also, Oneto v Hotel Waldorf-Astoria Corp.,* 65 AD2d 520, 521). The IAS Court is vested with broad discretion in supervising disclosure (*see, Blumenthal v Tops Friendly Mkts.,* 182 AD2d 1105, 1106; *Matter of Love Canal Actions,* 161 AD2d 1169, 1170). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Discovery.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Fallon, JJ.